IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

      Plaintiff,

                                      Case No. 1:26-MJ-3247 PGS

v.

CORDALLE LANDON WHITE,

      Defendant.

### ORDER GRANTING MOTION TO EXTEND TIME FOR GRAND JURY AND TOLLING SPEEDY TRIAL COMPUTATION

On July 14, 2026, Defendant Cordalle Landon White filed his Unopposed Motion to Extend Time for Grand Jury (Doc. 15), asking the Court to extend the time limits set forth in 18 U.S.C. § 3161(b) for an additional sixty (60) days. The Court, having reviewed the foregoing document, now finds that the ends of justice served by allowing the request to toll the speedy indictment computation outweighs the interests of the Defendant and the public in a speedy indictment. The Court finds that tolling the speedy indictment computation will substantially increase the likelihood of the parties reaching a settlement in this case that would avoid the need for a trial. The Court expressly finds that the public's interest in a speedy indictment is outweighed by (1) the public's interest in the potential for pre-indictment resolution of this case, which would result in a quicker resolution of the case and which would spare the judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and (2) the potential benefit conferred upon the Defendant in an expedited resolution of the case. *See* 18 U.S.C. § 3161(h)(7).

1

IT IS THEREFORE ORDERED that an additional period not to exceed sixty (60) days, for a total of one hundred and fifty (150) days, is hereby excluded from the computation of a speedy indictment under 18 U.S.C. § 3161(b) and (h)(7)(A).

_____
UNITED STATES MAGISTRATE JUDGE

2